# United States District Court
# For The Western District of North Carolina
# Charlotte Division

HOWELL WOLTZ, et al,

    Plaintiff(s),

vs.

DANIEL E. BAILEY, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-CV-273

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 11, 1009 Order.

Signed: August 11, 2009

Frank G. Johns, Clerk
United States District Court